# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED-CLERK
U.S. DISTRICT COURT

06 MAY 26 PM 2:42

TEXAS-EASTERN

BY _____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| vs. § | Case No. 4:01cr92 |
| § | (Judge Brown) |
| LYNNETTE DIANE EDIC § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of eight (8) months, with no supervised release to follow. It is further

**ORDERED** that Defendant pay restitution in the amount of $7,504.89 to KK's Check Cashing, attn: Angelica Reynoso, 4125 W. Airport Freeway, Irving, Texas, 75062. It is finally

**ORDERED** that Defendant pay a fine in the amount of $2,500.00. Both the restitution payment and fine are due immediately, payable by cashier's check or money

order, to the United States District Court and forwarded to the United States District Clerk's Office, P.O. Box 570, Tyler, Texas 75710.

**SIGNED** this 23rd day of May, 2006.

_____
PAUL BROWN
UNITED STATES DISTRICT JUDGE